IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

## ORDER

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW  Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW  Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW  Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW  Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW  Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW  Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW  Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW  Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW  Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW  Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW  Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW  Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW  Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW  McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW  Davis v. Wyeth Inc et al

4:05-cv-01159-BRW  Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW  Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW  Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW  Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW  Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW  Cox et al v. Wyeth et al
4:06-cv-00080-BRW  Dressel v. Wyeth et al
4:06-cv-00124-BRW  Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW  Powers v. Wyeth et al
4:06-cv-00183-BRW  Harper et al v. Wyeth et al

4:06-cv-00426-BRW  Williams v. Wyeth Inc et al
4:06-cv-00530-BRW  Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW  Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW  Lopez et al v. Wyeth et al
4:06-cv-00588-BRW  Childress v. Wyeth Inc et al

4:06-cv-00593-BRW  Stone v. Wyeth Inc et al
4:06-cv-00597-BRW  Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW  Brink v. Wyeth Inc et al
4:06-cv-00687-BRW  Nichols v. Wyeth et al
4:06-cv-00870-BRW  Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

4:06-cv-00884-BRW   Watts v. Wyeth et al
4:06-cv-00893-BRW   Williams v. Wyeth et al
4:06-cv-00900-BRW   Hare v. Wyeth et al
4:06-cv-01091-BRW   Merkel v. Wyeth et al
4:06-cv-01170-BRW   Decker v. Wyeth et al

4:06-cv-01177-BRW   Mitchell v. Wyeth et al
4:06-cv-01215-BRW   Johnston et al v. Wyeth et al
4:06-cv-01256-BRW   Webb v. Wyeth et al
4:06-cv-01306-BRW   Wicht v. Wyeth et al
4:06-cv-01307-BRW   Parker v. Wyeth et al

4:06-cv-01308-BRW   Tolleson v. Wyeth et al
4:06-cv-01309-BRW   Jarvis v. Wyeth et al
4:06-cv-01310-BRW   Williams v. Wyeth et al
4:06-cv-01311-BRW   Durham v. Wyeth et al
4:06-cv-01312-BRW   Downes v. Wyeth et al

4:06-cv-01332-BRW   Meyer v. Wyeth et al
4:06-cv-01333-BRW   Williams v. Wyeth et al
4:06-cv-01341-BRW   Lester v. Wyeth et al
4:06-cv-01342-BRW   Beane v. Wyeth et al
4:06-cv-01349-BRW   Klein v. Wyeth et al

4:06-cv-01379-BRW   Gist v. Wyeth et al
4:06-cv-01386-BRW   Woody v. Wyeth et al
4:06-cv-01388-BRW   Sgroe v. Wyeth et al
4:06-cv-01390-BRW   Fish v. Wyeth Inc et al
4:06-cv-01394-BRW   Knight v. Wyeth et al

4:06-cv-01397-BRW   Green v. Wyeth et al
4:06-cv-01402-BRW   Wilson v. Wyeth et al
4:06-cv-01423-BRW   Staton v. Wyeth et al
4:06-cv-01428-BRW   Stewart v. Wyeth et al
4:06-cv-01435-BRW   Bond v. Wyeth et al

4:06-cv-01437-BRW   Growden v. Wyeth et al
4:06-cv-01441-BRW   Kirkland v. Wyeth et al
4:06-cv-01444-BRW   Johnson v. Wyeth et al
4:06-cv-01445-BRW   Middleton v. Wyeth et al
4:06-cv-01446-BRW   Anderson v. Wyeth et al

4:06-cv-01447-BRW   Vanatta v. Wyeth et al
4:06-cv-01449-BRW   Pacheco v. Wyeth et al
4:06-cv-01451-BRW   Totaro v. Wyeth et al
4:06-cv-01456-BRW   D'Agostino v. Wyeth et al
4:06-cv-01457-BRW   Straessle v. Wyeth et al

```
4:06-cv-01459-BRW   Huff v. Wyeth et al
4:06-cv-01476-BRW   Thomas v. Wyeth et al
4:06-cv-01477-BRW   Marino v. Wyeth et al
4:06-cv-01478-BRW   Frazier v. Wyeth et al
4:06-cv-01479-BRW   Cameron v. Wyeth et al

4:06-cv-01522-BRW   Bliss v. Wyeth et al
4:06-cv-01548-BRW   Lyles v. Wyeth et al
4:06-cv-01567-BRW   Ward v. Wyeth et al
4:06-cv-01568-BRW   Person v. Wyeth et al
4:06-cv-01569-BRW   Paradise v. Wyeth et al

4:06-cv-01575-BRW   Edge v. Wyeth et al
4:06-cv-01593-BRW   Dunn v. Wyeth et al
4:06-cv-01649-BRW   Ferretti v. Wyeth et al
4:06-cv-01663-BRW   Riese v. Wyeth Inc et al
4:06-cv-01667-BRW   Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW   Hipkins v. Wyeth et al
4:06-cv-01692-BRW   Bechtel v. Wyeth et al
4:06-cv-01694-BRW   Miller v. Wyeth et al
4:07-cv-00134-BRW   Moses v. Wyeth et al
4:07-cv-00218-BRW   Sams v. Wyeth et al

4:07-cv-00297-BRW   Crowley v. Wyeth et al
4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00622-BRW   Harvill et al v. Wyeth et al
4:07-cv-00729-BRW   Watson v. Wyeth Inc et al
4:07-cv-01131-BRW   Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW   Gordon v. Wyeth et al
4:07-cv-01209-BRW   Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW   Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW   Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW   Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW   Waldo v. Wyeth et al
4:08-cv-00147-BRW   Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW   Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW   Miiller et al v. Wyeth et al
4:08-cv-00648-BRW   Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW   Polk v. Wyeth et al
4:08-cv-01419-BRW   Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW   Brown v. Wyeth Inc et al
4:08-cv-01423-BRW   Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW   Lieser v. Wyeth et al
```

4:08-cv-01500-BRW  Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW  Neuendorff v. Wyeth
4:08-cv-01549-BRW  Patrow v. Wyeth et al
4:08-cv-01550-BRW  Seckler v. Wyeth et al
4:08-cv-01679-BRW  Angle v. Wyeth Inc et al

4:08-cv-01680-BRW  Baer v. Wyeth Inc et al
4:08-cv-01681-BRW  Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW  Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW  Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW  Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW  Dubich v. Wyeth et al
4:08-cv-01771-BRW  Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW  Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW  Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW  Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW  McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW  Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW  Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW  Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW  Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW  Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW  Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW  Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW  Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW  Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW  Rappold et al v. Wyeth et al
4:08-cv-01794-BRW  Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW  Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW  McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW  Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW  Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW  Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW  Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW  Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW  Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW  Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW  Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW  Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW  Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW  Vargas et al v. Wyeth Inc et al

```
4:08-cv-01814-BRW   Eshleman et al v. Wyeth Inc et al
4:08-cv-01849-BRW   Zepher v. Bristol Myers Squibb Company
4:08-cv-01854-BRW   Buch et al v. Wyeth Inc et al
4:08-cv-01869-BRW   Baker v. Wyeth Inc et al
4:08-cv-01872-BRW   Hummel v. Wyeth Inc et al

4:08-cv-01887-BRW   McPherson v. Wyeth Inc et al
4:08-cv-01888-BRW   Evans v. Wyeth Inc et al
4:08-cv-01889-BRW   Kirchhoff v. Wyeth et al
4:08-cv-01893-BRW   Merrick v. Wyeth Inc et al
4:08-cv-01896-BRW   Doyle v. Wyeth et al

4:08-cv-01897-BRW   Miller v. Wyeth Inc et al
4:08-cv-01899-BRW   Mills v. Wyeth Inc et al
4:08-cv-01900-BRW   Barbour v. Wyeth Inc et al
4:08-cv-01902-BRW   Numainville-Chambers v. Wyeth Inc et al
4:08-cv-01905-BRW   Bayer v. Wyeth Inc et al

4:08-cv-01911-BRW   Crawford et al v. Wyeth Inc et al
4:08-cv-02312-BRW   Cowan v. Wyeth et al
4:08-cv-02385-BRW   Broskey v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02401-BRW   Wert et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02411-BRW   Humphreys et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02412-BRW   Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02430-BRW   Richter v. Wyeth et al
4:08-cv-02443-BRW   Horsfall v. Wyeth et al
4:08-cv-02448-BRW   Skinn v. Wyeth et al
4:08-cv-02454-BRW   Steenbock et al v. Wyeth et al

4:08-cv-02472-BRW   Wilson v. Wyeth Inc et al
4:08-cv-02570-BRW   Coleman et al v. Wyeth et al
4:08-cv-02574-BRW   Keedy et al v. Wyeth et al
4:08-cv-02580-BRW   Rembold v. Wyeth et al
4:08-cv-02584-BRW   DeBrower v. Wyeth et al

4:08-cv-02589-BRW   Davis v. Wyeth et al
4:08-cv-02660-BRW   Brown v. Wyeth Inc et al
4:08-cv-02668-BRW   Edwards et al v. Wyeth et al
4:08-cv-02673-BRW   Beecham v. Wyeth Inc et al
4:08-cv-02675-BRW   Handy v. Wyeth Inc et al

4:08-cv-02676-BRW   Manning v. Wyeth Inc et al
4:08-cv-02677-BRW   Miles et al v. Wyeth Inc et al
4:08-cv-02680-BRW   Hayes v. Wyeth Inc et al
4:08-cv-02687-BRW   Hacke et al v. Wyeth et al
4:08-cv-02690-BRW   Davis v. Wyeth Inc et al
```

4:08-cv-02692-BRW  Kahl et al v. Wyeth et al
4:08-cv-02698-BRW  Latorra et al v. Wyeth et al
4:08-cv-02699-BRW  Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW  Storm et al v. Wyeth et al
4:08-cv-02703-BRW  Vent et al v. Wyeth et al

4:08-cv-02704-BRW  Gorder et al v. Wyeth et al
4:08-cv-02707-BRW  Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW  Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW  Gay et al v. Wyeth et al
4:08-cv-02755-BRW  Dobson v. Wyeth et al

4:08-cv-02759-BRW  Thompson et al v. Wyeth et al
4:08-cv-02767-BRW  Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW  Stine v. Wyeth et al
4:08-cv-02792-BRW  Mischke v. Wyeth et al
4:08-cv-02793-BRW  Bierdeman et al v. Wyeth

4:08-cv-02794-BRW  Wulff et al v. Wyeth
4:08-cv-02795-BRW  Olson et al v. Wyeth et al
4:08-cv-02810-BRW  Oliver et al v. Wyeth et al
4:08-cv-03125-BRW  Clark v. Wyeth et al
4:08-cv-03154-BRW  Clough v. Wyeth et al

4:08-cv-03155-BRW  Dehne et al v. Wyeth et al
4:08-cv-03176-BRW  Rinehimer v. Wyeth et al
4:08-cv-03209-BRW  Berendt v. Wyeth et al
4:08-cv-03212-BRW  Lepp v. Wyeth et al
4:08-cv-03227-BRW  Ryan v. Wyeth et al

4:08-cv-03230-BRW  Schulz v. Wyeth et al
4:08-cv-03290-BRW  Serrano v. Wyeth et al
4:08-cv-03368-BRW  Boehnlein v. Wyeth et al
4:08-cv-03378-BRW  Nelson v. Wyeth et al
4:08-cv-03393-BRW  Seidel v. Wyeth et al

4:08-cv-03397-BRW  Docherty v. Wyeth et al
4:08-cv-03399-BRW  Acosta v. Wyeth et al
4:08-cv-03502-BRW  Wimberly v. Wyeth et al
4:08-cv-03531-BRW  Taron et al v. Wyeth et al
4:08-cv-03533-BRW  England et al v. Wyeth et al

4:08-cv-03818-BRW  Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW  Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW  Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW  Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW  Donovan et al v. Wyeth et al

4:08-cv-04124-BRW   Bell v. Wyeth et al
4:09-cv-00178-BRW   Coziahr v. Wyeth Pharmaceuticals Inc
4:09-cv-00180-BRW   Stroud et al v. Wyeth Inc et al
4:09-cv-00207-BRW   Smith v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00209-BRW   Kopinski v. Wyeth Pharmaceuticals Inc et al

4:09-cv-00258-BRW   Breese v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00260-BRW   Raspa v. Wyeth Inc et al
4:09-cv-00271-BRW   Turner et al v. Wyeth et al
4:09-cv-00690-BRW   Schwartz v Wyeth Inc et al
4:09-cv-00710-BRW   McClary et al v. Wyeth Inc et al

4:09-cv-00711-BRW   Castiglione v. Wyeth Inc et al
4:09-cv-00762-BRW   Rench et al v. Wyeth Inc et al
4:09-cv-00772-BRW   Nelson et al v. Wyeth et al
4:09-cv-00841-BRW   Coon et al v. Wyeth
4:09-cv-00842-BRW   Hendrickson v. Wyeth Inc et al

4:09-cv-00844-BRW   Skurow et al v. Wyeth et al
4:09-cv-00848-BRW   Helmick v. Wyeth Inc
4:10-cv-00413-BRW   Monroe v. Wyeth LLC et al
4:10-cv-00449-BRW   Behning v. Wyeth LLC et al
4:10-cv-00575-BRW   Pierson v. Wyeth LLC et al

4:10-cv-00576-BRW   Miller v. Wyeth LLC et al
4:10-cv-00583-BRW   Way v. Wyeth LLC et al
4:10-cv-00584-BRW   Wyatt v. Wyeth LLC et al
4:10-cv-00585-BRW   Shaw v. Wyeth LLC et al
4:10-cv-00594-BRW   Nichols et al v. Wyeth LLC et al

4:10-cv-00689-BRW   Campbell v. Wyeth LLC
4:10-cv-00690-BRW   Billingsley v. Wyeth LLC
4:10-cv-00691-BRW   Matthews et al v. Wyeth LLC
4:10-cv-00734-BRW   Ostroff v. Wyeth LLC et al
4:10-cv-00735-BRW   Horton v. Wyeth LLC et al

4:10-cv-00736-BRW   Maddox v. Wyeth LLC et al
4:10-cv-00737-BRW   Laws v. Wyeth LLC et al
4:10-cv-00738-BRW   Culver et al v. Wyeth LLC
4:10-cv-00739-BRW   Pruitt v. Wyeth LLC
4:10-cv-00740-BRW   Rodgers et al v. Wyeth LLC et al

4:10-cv-00741-BRW   Rhodes v. Wyeth LLC et al
4:10-cv-00742-BRW   Scott v. Wyeth LLC et al
4:10-cv-00743-BRW   Moore v. Wyeth LLC
4:10-cv-00745-BRW   Ramsey v. Wyeth LLC et al
4:10-cv-00758-BRW   Dula v. Wyeth LLC

4:10-cv-00788-BRW  Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW  Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW  Eden v. Wyeth LLC et al
4:10-cv-00900-BRW  Downey v. Wyeth LLC et al
4:10-cv-00934-BRW  Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW  Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW  Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW  Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW  Rodgers v. Wyeth LLC
4:10-cv-00961-BRW  Bishop v. Wyeth LLC

4:10-cv-01007-BRW  Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW  Powell v. Wyeth LLC et al
4:10-cv-01053-BRW  Teaster v. Wyeth LLC
4:10-cv-01065-BRW  Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW  Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW  Garza v. Wyeth LLC et al
4:10-cv-01068-BRW  Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW  Fries v. Wyeth LLC et al
4:10-cv-01075-BRW  Goode v. Wyeth LLC et al
4:10-cv-01136-BRW  Strickland v Wyeth LLC

4:10-cv-01209-BRW  Mann v. Wyeth LLC
4:10-cv-01263-BRW  Bohanan v. Wyeth LLC
4:10-cv-01274-BRW  Benton v. Wyeth LLC et al
4:10-cv-01358-BRW  Moreno v. Wyeth LLC
4:10-cv-01359-BRW  Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW  Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW  Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW  Booker v. Wyeth Inc et al
4:10-cv-01432-BRW  Hardin v. Wyeth et al
4:10-cv-01433-BRW  Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW  Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW  Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW  Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW  Gary v. Wyeth Inc et al
4:11-cv-00085-BRW  Doolittle v. Wyeth